UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
CHARLES RANDALL,                    )
                                    )  C.A. No. 18-69 WES
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
                                    )
DINO BROSCO,                        )
                                    )
        Defendant.                  )
_____ )

# ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation ("R&R") on March 19, 2018, (ECF No. 3), recommending the Court deny Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 2). The R&R also recommends that the Court dismiss this case for lack of subject-matter jurisdiction.

Plaintiff objected on April 2, 2018 (ECF No. 4). But because the objection fails to meaningfully address the reasoning set out by Magistrate Judge Sullivan – reasoning with which the Court agrees – the Court ACCEPTS the R&R and adopts its recommendations. Plaintiff's Joint Motion to Proceed in Forma Pauperis is therefore DENIED and this case DISMISSED.

IT IS SO ORDERED.

/s/ WESmith

William E. Smith
Chief Judge
Date: June 26, 2018